IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES HAYCRAFT <br> AND LAURA HAYCRAFT <br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE D/B/A <br> LIBERTY MUTUAL <br> Defendant. | § § § § § § § § § § § CIVIL ACTION NO. 5:17-CV-00452-XR |

## AGREED FINAL TAKE-NOTHING JUDGMENT

This Court, having considered the Joint Motion for Entry of Agreed Final Take-Nothing Judgment filed by Plaintiffs James Haycraft and Laura Haycraft and Defendant Liberty Insurance Corporation (improperly sued as *Liberty Mutual Insurance d/b/a Liberty Mutual*), and having been advised that the underlying dispute between Plaintiffs and Defendant has been fully and finally settled, is of the opinion that said Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiffs James Haycraft and Laura Haycraft take nothing on all their claims against Defendant Liberty Insurance Corporation. All costs of court are to be taxed against the party or parties incurring same.

All other relief not hereby granted is **DENIED**.

SIGNED this 10th day of April, 2018.

_____
JUDGE PRESIDING

APPROVED for ENTRY as to SUBSTANCE and FORM:

ANDERSON & ASSOCIATES

By: _____
Jay Moritz
State Bar No. 24029737
Kelly Kelly
State Bar No: 24041230
Paul Anderson
State Bar No.: 01202000
2600 SW Military Drive, Suite 118
San Antonio, Texas 78224
Tel: 210-928-9999
Fax: 210-928-9118
Kelly@kellykellylaw.net
kk.aalaw@yahoo.com

*Counsel for Plaintiffs James Haycraft and Laura Haycraft*


LINDOW • STEPHENS • TREAT LLP

By: _____
David R. Stephens
State Bar No. 19146100
Carol A. Jenson
State Bar No. 10648500
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
dstephens@lstlaw.com (e-mail)
cjenson@lstlaw.com (e-mail)

*Counsel for Defendant Liberty Insurance Corporation*